LOCKRIDGE GRINDAL NAUEN P.L.L.P.
Robert K. Shelquist (admitted pro hac vice)
Rebecca A. Peterson, #241858
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
rkshelquist@locklaw.com
rapeterson@locklaw.com

*Attorneys for Plaintiff Fletcher Dozier, Jr.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLETCHER DOZIER, JR., individually and on behalf of all others similarly situated,<br><br>　　Plaintiffs,<br><br>　　vs.<br><br>WALMART INC., a Delaware corporation, formerly known as Wal-Mart Stores, Inc.,<br><br>　　Defendant. | CASE NO. 2:20-cv-05286-AB-PVC<br><br>Hon. André Birotte Jr.<br><br>**PLAINTIFF'S NOTICE OF MOTION AND UNOPPOSED MOTION FOR ADDITIONAL PAGES**<br><br>Amended Complaint Filed: September 25, 2020<br><br>Current Response Date: December 16, 2020 |

**NOTICE OF MOTION AND UNOPPOSED MOTION FOR ADDITIONAL PAGES**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Fletcher Dozier, Jr. ("Plaintiff"), by and through undersigned counsel of record, will move for an order granting him ten (10) additional pages with which to respond to Defendant Walmart's Motion to Dismiss ("Motion") (Dkt. No. 56). **Plaintiff has conferred with Walmart and confirmed that Walmart does not intend to oppose this Motion.** (Shelquist Decl. ¶ 2.) No oral argument is requested as Plaintiff is requesting a ruling on the papers.

Plaintiff filed his Complaint on June 12, 2020 and his Amended Complaint on September 25, 2020. (Dkt. Nos.: 1 and 55). (Shelquist Decl. ¶ 2.)

Plaintiff's opposition to Walmart's Motion to Dismiss (Dkt. No. 56) is due on December 16, 2020. Plaintiff respectfully requests that the Court permit him a page extension of up to ten additional pages, so as to give Plaintiff a total of 35 total pages to respond to the Motion. (Shelquist Decl. ¶ 3.)

Good cause exists for the extension so that Plaintiff may address and adequately respond to the Motion's substantive standing arguments related to compliance with 49 C.F.R. § 574.8 along with tort, warranty, and statutory defenses. Many of the standing arguments are of first impression in this District and Circuit on the tire registration regulations. Walmart's standing arguments also rely on out-of-circuit federal district court decisions from Pennsylvania which has resulted in a recent appellate court decision which needs to be addressed. Additionally, one of

**NOTICE OF MOTION AND UNOPPOSED MOTION FOR ADDITIONAL PAGES**

Walmart's arguments involves the interpretation of a relatively new decision by the Ninth Circuit involving election-of-remedies issues (*Sonner v. Premier Nutrition Corp.*, 971 F. 3d. 834, 842 (9th Cir. 2020)), which requires sufficient space to provide the Court with a thorough analysis of this important issue. (Shelquist Decl. ¶ 4).

Plaintiff has not previously requested additional pages. (Shelquist Decl. ¶ 4).

Pursuant to Local Rule 7.3, between December 3 and December 8, 2020, counsel for Plaintiff and Walmart conferred about this motion and page extension. (Shelquist Decl. ¶ 5.)

Dated: December 8, 2020

LOCKRIDGE GRINDAL NAUEN P.L.L.P.
ROBERT K. SHELQUIST (*pro hac vice*)
REBECCA A. PETERSON (241858)

*/s/ Robert K. Shelquist*
ROBERT K. SHELQUIST
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
rkshelquist@locklaw.com
rapeterson@locklaw.com

**FAZIO | MICHELETTI LLP**
JEFFREY L. FAZIO (#146043)
DINA E. MICHELETTI (#184141)
1111 Broadway, Suite 400
Oakland, CA 94607
Telephone: (925) 543-2555
Facsimile:  (925) 369-0344
jlf@fazmiclaw.com
dem@fazmiclaw.com

-3-

**NOTICE OF MOTION AND UNOPPOSED MOTION FOR ADDITIONAL PAGES**

**CUNEO GILBERT & LADUCA, LLP**
CHARLES LADUCA
BRENDAN THOMPSON
YIFERI (Evelyn) LI
4725 Wisconsin Ave NW, Suite 200
Washington, DC 20016
Telephone: (202)789-3960
Facsimile:  (202) 789-1813
charles@cuneolaw.com
brendant@cuneolaw.com
evelyn@cuneolaw.com

**LAW OFFICE OF JON BORDERUD**
JON W. BORDERUD
7 West Figueroa Street, 3rd Floor
Santa Barbara, CA 93101
Telephone: (310) 621-7004
borderudlaw@cox.net

**THE KESSLER LAW FIRM PLLC**
CHRISTOPHER C. KESSLER
PO Box 8064
Greenville, NC 27835
Telephone: (252) 321-2535
cck@kesslerlawfirmpllc.com

**MCDOUGALL LAW FIRM, LLC**
J. OLIN MCDOUGALL, II
Post Office Box 1336
115 Lady's Island Commons
Beaufort, SC 29901-1336
Telephone: (843) 379-7000
Facsimile: (843) 379-7007
lin@mlf.law

**NOTICE OF MOTION AND UNOPPOSED MOTION FOR ADDITIONAL PAGES**