LOCKRIDGE GRINDAL NAUEN P.L.L.P.
Robert K. Shelquist, *Pro Hac Vice*
Rebecca A. Peterson, #241858
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
rkshelquist@locklaw.com
rapeterson@locklaw.com

*Attorneys for Plaintiff Fletcher Dozier, Jr.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLETCHER DOZIER, JR., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WALMART INC., a Delaware corporation, formerly known as Wal-Mart Stores, Inc.,<br><br>Defendant. | CASE NO. 2:20-cv-05286-AB-PVC<br><br>Hon. André Birotte Jr.<br><br>**DECLARATION OF ROBERT SHELQUIST IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR ADDITIONAL PAGES**<br><br>Amended Complaint Filed: September 25, 2020<br><br>Current Response Date: December 16, 2020 |

**DECLARATION OF ROBERT SHELQUIST IN SUPPORT OF UNOPPOSED MOTION FOR ADDITIONAL PAGES**

# DECLARATION OF ROBERT SHELQUIST

I, Robert Shelquist, declare as follows:

1. I am an attorney at law duly licensed and admitted to practice before all courts of the State of Minnesota and appear *Pro Hac Vice* in this case. I am a partner with the law firm Lockridge Grindal Nauen, P.L.L.P. attorneys of record for Plaintiff Fletcher Dozier, Jr. ("Plaintiff").

2. I make this declaration in support of PLAINTIFF'S NOTICE OF MOTION AND UNOPPOSED MOTION FOR ADDITIONAL PAGES, requesting that Plaintiff may be granted ten (10) additional pages to respond to Walmart's Motion to Dismiss ("Motion") (Dkt. No. 56). Plaintiff filed his Complaint on June 12, 2020 and his Amended Complaint on September 25, 2020. (Dkt. Nos.: 1 and 55). Walmart does not oppose Plaintiff's request.

3. Plaintiff's opposition to Walmart's Motion to Dismiss (Dkt. No. 56) is due on December 16, 2020. Plaintiff respectfully requests that the Court permit him a page extension of up to ten additional pages, so as to give Plaintiff a total of 35 total pages to respond to the Motion.

4. Good cause exists for the extension so that Plaintiff may address and adequately respond to the Motion's substantive standing arguments related to compliance with 49 C.F.R. § 574.8 along with tort, warranty, and statutory defenses. Many of the standing arguments are of first impression in this District and Circuit

**DECLARATION OF ROBERT SHELQUIST IN SUPPORT OF
UNOPPOSED MOTION FOR ADDITIONAL PAGES**

on the tire registration regulations. Walmart's standing arguments also rely on out-of-circuit federal district court decisions from Pennsylvania which has resulted in a recent appellate court decision which needs to be addressed.  Additionally, one of Walmart's arguments involves the interpretation of a relatively new decision by the Ninth Circuit involving election-of-remedies issues (*Sonner v. Premier Nutrition Corp.*, 971 F. 3d. 834, 842 (9th Cir. 2020)), which requires sufficient space to provide the Court with a thorough analysis of this important issue. Plaintiff has not previously requested additional pages.

    5.    This Motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place between December 3 and December 8, 2020.

I declare, under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed on December 8, 2020.

                                                    */s/ Robert K. Shelquist*
                                                    ROBERT K. SHELQUIST

**DECLARATION OF ROBERT SHELQUIST IN SUPPORT OF UNOPPOSED MOTION FOR ADDITIONAL PAGES**