JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | CV 20-05286 AB (PVCx) | Date: | April 27, 2021 |
|---|---|---|---|

Title: *Fletcher Dozier, Jr. v. Walmart Inc.*

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** [In Chambers] ORDER DISMISSING ACTION AND CLOSING CASE

On March 8, 2021, the Court entered an Order (Dkt. No. 70) granting Defendant's Motion to Dismiss Plaintiff's First Amended Complaint and giving Plaintiff 45 days to file a Second Amended Complaint, or the case would be closed. That deadline was April 22, 2021 and Plaintiff has not filed a Second Amended Complaint.

Consistent with the March 8 Order, the Court **ORDERS** that this action is dismissed without prejudice and the Clerk is **ORDERED** to close the case.

This Order shall constitute notice of entry of judgment pursuant to Federal Rule of Civil Procedure 58. Pursuant to Local Rule 58-6, the Court **ORDERS** the Clerk to treat this Order, and its entry on the docket, as an entry of judgment.

**IT IS SO ORDERED**.